LISA C. GILINGER LAW OFFICES
LISA GILINGER
635 N. Alisos Street
Santa Barbara, California 93103-2557
Telephone Number: 805-568-5370
Fax number: 805-568-5149
E-mail: lisa@lisagilinger.com
Attorney for Plaintiff

NICOLA T. HANNA
United States Attorney
DAVID HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8825
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2019
CENTRAL DISTRICT OF CALIF.

Case 2:18-cv-10395-E

| | |
|---|---|
| EMILIANO SANTIAGO ARREOLA, | CASE NO. CV 18-10395-E |
| Plaintiff, | |
| vs. | [~~Proposed~~] ORDER AWARDING EAJA ATTORNEY FEES |
| ANDREW SAUL,[1] | |
| Commissioner, Social Security, | |

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

-1-

Defendant.

Based upon the parties' Stipulation for Award of EAJA Fees (and the "Response to Order to Show Cause," filed 12/13/19,) IT IS ORDERED that fees and expenses in the amount of $9,000.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 12/13/19

CHARLES EICK
United States Magistrate Judge

-2-